by unpublished opinion per Munson, J., concurred in by Shields, C.J., and Thompson, J.

[No. 11460-1-III.   Division Three.   November 24, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. GENE WADE MAGNUSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 90-1-01112-8, Richard J. Schroeder, J., entered February 14, 1991. *Affirmed* by unpublished opinion per Munson, J., concurred in by Shields, C.J., and Thompson, J.

[No. 11549-6-III.   Division Three.   November 24, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID LEE BAKER, *Appellant*.

Appeal from a judgment of the Superior Court for Garfield County, No. 4967, Donald W. Schacht, entered March 21, 1991. *Affirmed in part* and *reversed in part* by unpublished opinion per Thompson, J., concurred in by Shields, C.J., and Sweeney, J.

[No. 28090-2-I.   Division One.   November 30, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. MARIO ALVAREZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-03645-2, Carmen Otero, J., entered March 5, 1991. *Affirmed* by unpublished per curiam opinion.

[No. 30562-0-I.   Division One.   November 30, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. J.E.W., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 91-8-01400-1, Arden J. Bedle, J. Pro

Tem., entered March 25, 1992. *Reversed* by unpublished per curiam opinion.

[No. 24952-5-I.    Division One.    November 30, 1992.]

THE STATE OF WASHINGTON, *Respondent,* v. EARL JAMES GRANT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89-8-01630-5, Dale B. Ramerman, J., entered October 4, 1989. *Dismissed* by unpublished opinion per Baker, J., concurred in by Grosse, C.J., and Coleman, J.

[No. 25772-2-I.    Division One.    November 30, 1992.]

THE STATE OF WASHINGTON, *Respondent,* v. LEWIS AKERS, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 89-1-00861-5, Gerald L. Knight, J., entered February 16, 1990. *Affirmed* by unpublished opinion per Baker, J., concurred in by Grosse, C.J., and Coleman, J.

[No. 28327-8-I.    Division One.    November 30, 1992.]

THE STATE OF WASHINGTON, *Respondent,* v. BILLY ERVIN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 90-1-06183-0, Anthony P. Wartnik, J., entered April 9, 1991. *Affirmed* by unpublished opinion per Baker, J., concurred in by Grosse, C.J., and Coleman, J.

[No. 28640-4-I.    Division One.    November 30, 1992.]

LEANN K. JOHNSON, *as Administratrix, Appellant,* v. THE STATE OF WASHINGTON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 88-2-03738-8, Mary Wicks Brucker, J., entered